UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 00-25 (03) (DWF/KMM) |
| Plaintiff, | |
| v. | |
| EDWARD MICHAEL BROWN, | **ORDER OF DISMISSAL** |
| Defendant. | |

**IT IS HEREBY ORDERED** that pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States' motion for dismissal (Doc. No. [294]) is hereby **GRANTED** and the Superseding Indictment against the above-named defendant (Doc. No. [101]) is **DISMISSED**.

Dated:  March 22, 2021               s/Donovan W. Frank
                                     DONOVAN W. FRANK
                                     United States District Judge